

April 11, 2023

**Via ECF**
Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

  Re: *See v. Government Employees Insurance Company, et al*.
     Case No. 2:21-cv-547-PKC-JMW

Dear Magistrate Judge Wicks:

  The parties submit the following competing schedules for the Court's consideration at the April 13, 2023, scheduling conference.

| Event | Deadline – Plaintiffs' Proposal | Deadline - Defendants' Proposal |
|---|---|---|
| Fact discovery related to class certification | October 26, 2023 | January 19, 2024 |
| Plaintiffs' expert reports for class certification | December 14, 2023 | February 16, 2024 |
| Defendants' expert reports for class certification | February 15, 2024 | April 19, 2024 |
| Depositions of experts for class certification | March 29, 2024 | May 31, 2024 |
| Deadline for Plaintiffs to move for class certification | April 18, 2024 | June 28, 2024 |
| Deadline for Defendants to oppose class certification | May 30, 2024 | August 16, 2024 |
| Deadline for Plaintiffs to reply in support of motion for class certification | June 27, 2024 | September 20, 2024 |
| Class Certification Hearing | TBD following briefing | TBD following briefing |

Respectfully submitted,

Lee Lowther

cc: Counsel of record (via ECF)