UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERETT SEE and SALVATORE CRISTIANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES' INSURANCE COMPANY d/b/a GEICO, and GEICO GENERAL INSURANCE COMPANY,<br><br>Defendants. | No. 2:21-cv-547-PKC-JMW |

## **NOTICE OF APPEAL**

Notice is hereby given that GEICO General Insurance Company and Government Employees Insurance Company, Defendants in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the Order Adopting Report and Recommendation by the Honorable Pamela K. Chen, United States District Judge, dated March 30, 2023, and entered on March 30, 2023 (the "Order"), attached hereto as Exhibit 1, and from any and all other appealable orders and rulings adverse to it related to the Order. This appeal is from every part of the Order which may be pursued interlocutory pursuant to 9 U.S.C.A. § 16(a), including, but not limited to, the portion of the Order denying Defendants' converted summary judgment motion to compel appraisal predicated upon the Report and Recommendation of James M. Wicks, Magistrate Judge, dated March 22, 2022, and entered on March 22, 2022 (the "R&R"), and upon the R&R's interpretation, reliance, and recommendations adopted in the Order.

DATED this 27th day of April, 2023.

DICKINSON WRIGHT PLLC

By: */s/ Dan W. Goldfine*
Dan W. Goldfine (*pro hac vice*)
Jamie L. Halavais (*pro hac vice*)
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Email: DGoldfine@dickinson-wright.com
Email: JHalavais@dickinson-wright.com
Tel: (602) 285-5000

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served by electronic mail via the ECF system on counsel of record in the above-captioned matter on the date the foregoing was electronically filed.

Dated this 27th day of April, 2023.

<em>/s/ Dan W. Goldfine</em>